**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 7, 2021

**BY ECF and EMAIL**
Honorable Andrew L. Carter, Jr.
United States District Court for the
Southern District of New York
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/8/21

Re:  *United States v. Jose Reyes*, 20 Cr. 617 (ALC)

Dear Judge Carter:

The Government writes, on behalf of the parties, in response to the Court's May 27, 2021 order directing the parties to provide the Court with a status report by September 9, 2021.

The parties are actively discussing a pretrial resolution and counsel expect that they will, in fact, reach such a resolution. So that they may finalize their discussions, the parties respectfully request that the Court set a new control date of October 8, 2021.

Furthermore, the Government moves to exclude time under the Speedy Trial Act until that date. The Government submits that the ends of justice served by such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial, because such an exclusion will allow the parties to conclude their discussions about a potential pretrial resolution. Defense counsel consents to this request.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: _____
Justin V. Rodriguez
Assistant United States Attorney
(212) 637-2591

cc: Counsel of record (by ECF)

The application is **GRANTED.** Joint status report due 10/8/21. Time excluded from 9/9/21 to 10/8/21 in the interest of justice. So Ordered.

*[Signed] Andrew L. Carter*
9/8/21