USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/20/21__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------- x

**UNITED STATES OF AMERICA,**

                   **Plaintiff,**

   -against-

**JOSE REYES,**

                  **Defendant.**

-------------------------------------------------------------------- x

**20-CR-617 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    A Change of Plea Hearing is set for **October 21, 2021** at **11:00 a.m.**

**SO ORDERED.**

**Dated:**    **New York, New York**
            **October 20, 2021**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**