**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/20/22

# Donald H. Vogelman
ATTORNEY AT LAW
260 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10016
212-889-5860

FAX : 212-448-0066
EMAIL: dvoglaw@aol.com
CELL 917-837-0020

OF COUNSEL:

ERIC H. GREEN

By ECF

January 13, 2022

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: United States v. Jose Reyes
Case No.: 20 CR 617 (ALC)

Dear Judge Carter :

I am the attorney for Jose Reyes regarding the above referenced matter. Mr. Reyes is scheduled to be sentenced on January 25, 2022. The final pre sentence investigation report which also contained the U S Probation Department's Sentencing Recommendation was disclosed to the parties and Court today.

Pursuant to the rules of the Court defendant's sentencing submission is to be served two weeks in advance of the sentencing date. As I received the final report today, I could not meet that requirement.

Tara Hunter - Hicks, your Deputy Clerk advised me that your Honor is available for the sentencing on February 15, 2022 at 2 PM. I am respectfully requesting that Mr. Reyes' sentence be adjourned to that date. I will of course file the defendant's sentencing submission at least 2 weeks in advance of the sentencing. The government has no opposition to our request.

Thank you.

Respectfully yours,

/s/

Donald H. Vogelman

cc: AUSA Justin V. Rodriguez (by ECF)

The application is **GRANTED.** The sentencing is adjourned to 2/15/22 at 2:00 p.m.
So Ordered.

*[signature]* 1/20/22